United States Court of Appeals
Fifth Circuit

**F I L E D**

October 14, 2004

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

————————

No. 03-21114

————————

PLANTOWSKY FAMILY LIMITED PARTNERSHIP, by and through it general partner, PFLP
Holdings Inc,

Plaintiff - Appellant,

versus

FREDRIC R HERBERT; JEFFREY M RUBIN; SCOTT H SMITH,

Defendants - Appellees.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-02-CV-3179

Before SMITH and GARZA, Circuit Judges, and VANCE[*] , District Judge.

PER CURIAM:[**]

We affirm the district court's judgment essentially for the reasons stated in its Order of

October 1, 2003.

AFFIRMED.

————————

[*]District Judge of the Eastern District of Louisiana, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.